UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| In re:<br><br>NAN HUI CHEN<br><br><br>Debtor. | Case No.: 11-33183<br>Chapter: 13<br><br>REQUEST FOR SPECIAL NOTICE |
|---|---|

TO THE COURT, THE CLERK OF THE ABOVE-ENTITLED COURT, TO THE DEBTOR, THE DEBTOR'S ATTORNEY OF RECORD, THE CHAPTER 13 TRUSTEE, AND THE U.S. TRUSTEE:

The undersigned files this Request for Special Notice as authorized agent on behalf of Secured Creditor, Specialized Loan Servicing; (hereinafter referred to as "Creditor") pursuant to Bankruptcy Rule 2002(g) and hereby requests that he be served with all pleadings, court notices, motions and other documents and papers pertaining to the above-captioned case, as required by Bankruptcy Rule 2002. All such pleadings and notices are to be sent to the agent for Creditor at the address listed below:

> Specialized Loan Servicing
> c/o McCALLA RAYMER, LLC
> Bankruptcy Department
> 1544 Old Alabama Road
> Roswell, Georgia 30076

Dated: September 8, 2011

    Respectfully Submitted

                                McCALLA RAYMER, LLC

                                /S/ Deborah Conley
                                Deborah Conley
                                Authorized Agent for Secured Creditor
                                1544 Old Alabama Road
                                Roswell, GA 30076
                                Phone: (678) 281-3938/ Fax: 866-720-0234

```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                        (SAN FRANCISCO DIVISION)
```

| In re: | Case No.: 11-33183 |
|---|---|
| NAN HUI CHEN | Chapter: 13 |
| | CERTIFICATE OF SERVICE OF REQUEST FOR SPECIAL NOTICE |
| Debtor. | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Special Notice has been served by First Class Mail, postage pre-paid, upon the following parties in interest on the 8th day of September, 2011.

Nan Hui Chen
4121 Shelter Creek Lane
San Bruno, CA 94066

Chapter 13 Trustee

David Burchard
393 Vintage Park Drive
Suite 150
Foster City, CA 94404

US TRUSTEE

OFFICE OF THE UNITED STATES TRUSTEE
235 PINE STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104-3401


/s/ Deborah Conley
Deborah Conley, Esq. Georgia Bar No. 181171
1544 Old Alabama Road
Roswell, Georgia  30076-2102
Phone: (678) 281-3938 / Fax: 866-720-0234