

**Signed and Filed: September 14, 2011**

_____
 **DENNIS MONTALI
 U.S. Bankruptcy Judge**
_____

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Bankruptcy Case No. 11-33183DM |
| NAN HUI CHEN, aka Sarah Nan Chen, | Chapter 13 |
| Debtor. | |

**ORDER GRANTING EXTENSION OF TIME**

On August 30, 2011, Debtor filed the above-captioned bankruptcy case. On August 31, 2011, the court entered an order ("Order") requiring Debtor to file required documents within 14 days or the case would be dismissed. On September 9, 2011, Debtor requested an extension of time to file the required documents. Upon due consideration, the court hereby orders as follows:

(1) The deadline for Debtor to file all completed documents identified in the Order is extended to October 7, 2011.

(2) If Debtor does not timely and fully comply with paragraph (1) of this order, or obtain an order further extending the deadline, this bankruptcy case may be dismissed without further notice or hearing.

**\*\*END OF ORDER\*\***

```
 1                        Court Service List
 2   Nan Hui Chen
     4121 Shelter Creek Lane
 3   San Bruno, CA 94066
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```